**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| TIFFANY MARIE KLIMEK, <br><br> Plaintiff, <br><br> v. <br><br> VERDE ENERGY USA, INC., <br><br> Defendant. | Case No. 1:17-cv-00817 <br><br> Judge: Matthew F. Kennelly <br><br> Magistrate Judge: Mary M. Rowland |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: VERDE ENERGY USA, INC.

| |
|---|
| NAME: David M. Schultz |
| SIGNATURE: s/ *David M. Schultz* |
| FIRM: HINSHAW & CULBERTSON LLP |
| STREET ADDRESS 222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6197596 | TELEPHONE NUMBER <br> 312/704-3527 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ | |

| |
|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **February 23, 2017,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

      s/ *David M. Schultz*
      David M. Schultz