UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIFFANY MARIE KLIMEK, | ) | |
| Plaintiff, | ) | Case No. 1:17-cv-00817 |
| | ) | |
| v. | ) | Judge: Matthew F. Kennelly |
| | ) | |
| VERDE ENERGY USA, INC., | ) | Magistrate Judge: Mary M. Rowland |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   *All Parties of Record*

   **PLEASE TAKE NOTICE** that on **March 1, 2017 at 9:30**, or as soon thereafter as this

Motion may be heard, I shall appear before the Honorable Judge Matthew F. Kennelly or any

Judge sitting in his/her stead in Courtroom 2103, in the Dirksen Federal Building, 219 South

Dearborn Street, Chicago, Illinois, 60604, and then and there present, **UNOPPOSED MOTION**

**FOR ENLARGEMENT OF TIME,** a copy of which is served upon you.

HINSHAW & CULBERTSON LLP

David M. Schultz                                    s/ *David M. Schultz*
HINSHAW & CULBERTSON LLP                            David M. Schultz
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com

## CERTIFICATE OF SERVICE

I, David M. Schultz, an attorney, certify that on February 23, 2017, I shall cause to be served a copy of **NOTICE OF MOTION and UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,** upon the above-named individual(s) by: depositing same in the U.S. Mail box at 222 North LaSalle Street, Chicago, Illinois 60601, prior to 5:00 p.m., postage prepaid; messenger delivery; UPS; facsimile transmitted from (312) 704-3001; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

☒ ECF
☐ Facsimile
☐ UPS
☐ U.S. Mail
☐ E-Mail
☐ Messenger Delivery

*s/ David M. Schultz*
David M. Schultz

131641781v1 3072