## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| TIFFANY MARIE KLIMEK, | |
| Plaintiff, | Case No. 1:17-cv-00817 |
| v. | Judge: Matthew F. Kennelly |
| VERDE ENERGY USA, INC., | Magistrate Judge: Mary M. Rowland |
| Defendant. | |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: VERDE ENERGY USA, INC.

| | |
|---|---|
| NAME: Brittney N. Cato | |
| SIGNATURE: s/ *Brittney N. Cato* | |
| FIRM: HINSHAW & CULBERTSON LLP | |
| STREET ADDRESS 222 North LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP Chicago, Illinois 60601-1081 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6323715 | TELEPHONE NUMBER 312/704-3000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☒

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I hereby certify that on **February 23, 2017,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.


s/ *Brittney N. Cato*
Brittney N. Cato