UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TIFFANY MARIE KLIMEK,

Plaintiff,

v.

VERDE ENERGY USA, INC.,

Defendant.

Case No. 1:17-cv-00817

Honorable Judge Matthew F. Kennelly

## AGREED STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, TIFFANY MARIE KLIMEK, and the Defendant, VERDE ENERGY USA, INC.,, through their respective counsel that the above-captioned action is dismissed, with prejudice, against VERDE ENERGY USA, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

Dated: May 18, 2017

**TIFFANY MARIE KLIMEK**

/s/ Nathan C. Volheim
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
Phone: (630) 575-8181
Fax :( 630) 575-8188
nvolheim@sulaimanlaw.com

Respectfully submitted,

**VERDE ENERGY USA, INC.**

/s/ David M. Schultz
David M. Schultz
*Counsel for Defendant*
Hinshaw & Culberston LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
Phone: 312-704-3527
dschultz@hinshawlaw.com